RE: ADDRESS CHANGE: FEBRUARY 16, 2015

CAUSE NO: 24373-HC-3

CAUSE NO: 16399-HC-2

CAUSE NO: 8807-HC-1

34,000-07,08,09

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

Dear Court Clerk,

Please change my ADDRESS, as shown below for any future proceedings pentaining to the Above cause #'s.

Thank you for your attention to this matter.

Sincerly,

RANDY BARNETT

TDCJ-ID # 1648039

New ADDRESS → TELFORD UNIT

3899 STATE Hwy 98

New Boston, Texas

75570